IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RICKEY LETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv373-MHT |
| | ) | (WO) |
| CLASSIC BUICK-GMC-CADILLAC | ) | |
| and WARRANTY SUPPORT | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed his third-amended complaint in this
lawsuit asserting state-law claims stemming from his
2016 purchase of a vehicle.  This lawsuit is now before
the court on the recommendation of the United States
Magistrate Judge that defendant Warranty Support
Services's motion to dismiss for lack of subject-matter
jurisdiction be granted.  Also before the court are
plaintiff's objections to the recommendation.  After an
independent and de novo review of the record, the court
concludes that plaintiff's objections should be
overruled and the magistrate judge's recommendation

adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of June, 2018.

                /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**