IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RICKEY LETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv373-MHT |
| | ) | (WO) |
| CLASSIC BUICK-GMC-CADILLAC | ) | |
| and WARRANTY SUPPORT | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 48) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 46) is adopted.

(3) Defendant's motion to dismiss (doc. no. 40) is granted.

(4) This lawsuit is dismissed without prejudice for lack of subject-matter jurisdiction.

(5) All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of June, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**